BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : | MDL NO. 875 |
| This Document Relates to: | : | |
| GARY SOUJA, Individually and as Special Administrator for the Estate of OSWALD F. SUOJA, Deceased, | : : : : | Transferred from the Western District of Wisconsin Case No. 99-00475 |
| Plaintiff, | : : | |
| v. | : : | E.D. Pa. No. 09-60256 |
| OWENS-ILLINOIS, INC., | : : | |
| Defendant. | : | |

## NOTICE OF OPPOSITION TO CRO

Pursuant to 28 U.S.C. § 1407 and Rule 10.2(b) of the Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Owens-Illinois, Inc. submits this notice of opposition to the conditional remand order.

Dated: December 30, 2013        Respectfully submitted,

By: /s/ Brian O. Watson
Matthew J. Fischer
Edward Casmere
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (facsimile)
*Attorney for Owens-Illinois, Inc.*